# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REGINALD L. HOLLIMON,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:15-cv-02243-GMN-VCF

**ORDER**

    Respondents have filed a motion for waiver of compliance with LR IA 10-3 (ECF No. 13). Good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for waiver of compliance with LR IA 10-3 (ECF No. 13) is **GRANTED**.

    DATED: April 11, 2017

                                                    Gloria M. Navarro, Chief Judge
                                                  United States District Court